[No. 15430-1-III.  Division Three.  August 5, 1997.]

ART MENSONIDES, ET AL., *Respondents*, v. JACOB
VELDHUIS, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-2-01303-2, Heather K. Van Nuys,
J., entered December 19, 1995. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Sweeney, C.J., and
Brown, J.

[No. 14925-1-III.  Division Three.  August 7, 1997.]

DELANEY LINDSAY, ET AL., *Respondents*, v. WILLIAM
DeRANGO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 94-2-00019-7, John Burchard, J.,
entered April 28, 1995. *Affirmed in part, reversed in part*
and *remanded* by unpublished opinion per Schultheis,
A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 15861-6-III.  Division Three.  August 7, 1997.]

GREAT EXPECTATIONS MINING, INC., *Appellant*, v.
PUBLIC UTILITY DISTRICT NO. 1, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 95-2-00078-1, John Burchard, J.,
entered June 7, 1996. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Sweeney, C.J., and Brown,
J.

[No. 19086-9-II.  Division Two.  August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
EDWARD HAAG, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 94-1-00411-2, Randolph Furman, J.,
entered January 13, 1995. *Affirmed* by unpublished
opinion per Houghton, C.J., concurred in by Morgan and
Seinfeld, JJ.